IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STACY ERNST,

          Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

          Defendant.

ORDER

23-cv-395-wmc

---

      Pursuant to a stipulation for remand (dkt. #15) filed by the parties on October 31, 2023, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

      Entered this 31st day of October, 2023.

                                    BY THE COURT:

                                    /s/
                                    _____
                                    WILLIAM M. CONLEY
                                    District Judge